**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2515**

---

DOROTHY F. GODWIN,

                                        Plaintiff - Appellant,

        versus

CURTIS A. BROWN, Detective, Christiansburg
Police Department; K. E. ALBERT, Sergeant,
Christiansburg Police Department; CHRISTIANS-
BURG POLICE DEPARTMENT; IRIS B. TUCKER, Magis-
trate, Christiansburg, Virginia,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-98-178)

---

Submitted:  February 10, 2000        Decided:  February 15, 2000

---

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dorothy F. Godwin, Appellant Pro Se.  Robert Wayne Austin, JOHNSON,
SCYPHERS & AUSTIN, P.C., Abingdon, Virginia; Linwood Theodore
Wells, Jr., Assistant Attorney General, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dorothy F. Godwin appeals the district court's orders denying relief on her 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and denying her motion filed under Rule 59(e) of the Federal Rules of Civil Procedure. We have reviewed the record and the district court's memorandum opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Godwin v. Brown</u>, No. CA-98-178 (W.D. Va. June 22 & Oct. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>